MARGARET BUDD, Appellant, *v.* ROBERT A. SINCLAIR, Respondent.

(Argued June 12, 1872; decided November 12, 1872.)

DEFENDANT contracted to sell certain premises to plaintiff's assignor and to pay all taxes up to a certain date. He had no title, but a contract to purchase from one Lowry, the owner. Plaintiff accepted a deed from Lowry. This action was brought to recover unpaid taxes. Defendant proved that Lowry had agreed to pay the taxes, and offered to prove that it was agreed, both before and after, and at the time of signing the contract in suit, that he should not personally be called upon to pay the taxes, but that the vendee agreed to look to Lowry. This was excluded, and a verdict was directed for plaintiff. *Held*, no error; that the evidence offered was improper to vary the written agreement, and no consideration for any subsequent agreement was offered to be shown; that the word "agreed," as used, simply meant a promise, and that no consideration could be implied therefrom. Also, that the fact of plaintiff's receiving a deed from Lowry did not affect defendant's liability.

*Joshua M. Van Cott* for the appellant.

*John E. Burrill* for the respondent.

PECKHAM, J., reads opinion for affirmance.
All concur.
Judgment affirmed.